IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

STARBUCKS CORPORATION
D/B/A STARBUCKS COFFEE COMPANY ,

 Appellant,

v.

         Case No.  5D23-157
         LT Case No. 2020-CA-109

SHERRY GOLD, CHRISTINE
MAZZANTI WARD AND ISLAND
WALK STATION, LLC, A FOR PROFIT CORPORATION,

 Appellees.
_____/

Decision filed March 28, 2023

Appeal from the Circuit Court
for Nassau County,
Eric C. Roberson, Judge.

Meagan L. Logan, of Douglas & Douglas,
Lake City, for Appellant.

Benjamin E. Richard, Curry Gary Pajcic,
Elizabeth T. Cardenas, and Meredith A.
Ross, of Pajcic & Pajcic, P.A., Jacksonville,
for Appellee, Sherry Gold.

No Appearance for Remaining Appellees.

PER CURIAM.

 AFFIRMED.

MAKAR, EDWARDS and HARRIS, JJ., concur.